**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brian C Gardner<br>         Ashley M Gardner aka Ashley Simpson<br>                    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 23-10462 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Credito Real USA Finance and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
02 May 2024, 17:25:53, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322