## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Brian C Gardner<br>            Ashley M Gardner aka Ashley Simpson<br>                        Debtor(s) | CHAPTER 13 |
| Credito Real USA Finance<br>                        Movant<br>        vs. | NO. 23-10462 PMM |
| Brian C Gardner<br>Ashley M Gardner aka Ashley Simpson<br>                        Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West<br>                        Trustee | |

## ORDER ~~TERMINATING~~ Modifying AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Credito Real USA Finance, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby ~~terminate~~ modified under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 Ford Escape Vin# 1FMCU0F77EUB86542 in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Date: June 11, 2024**

_Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge.